# Court of Appeals
# of the State of Georgia

ATLANTA,  June 15, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1701.  IN THE INTEREST OF J. C., A CHILD (FATHER).**

Michael Lingerfelt filed a petition to legitimate, which the trial court dismissed on October 27, 2016.  The child's permanent guardian subsequently moved for attorneys' fees pursuant to OCGA § 9-15-14 (b), and the trial court granted her motion on March 24, 2017.  On April 3, 2017, Lingerfelt filed a notice of appeal as to both orders.

A notice of appeal must be filed within 30 days after the entry of the trial court's order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, Lingerfelt's notice of appeal was filed 158 days after entry of the order dismissing his petition to legitimate.  His notice of appeal is timely as to the order awarding OCGA § 9-15-14 fees, but such an order must be appealed by discretionary application unless it is challenged in conjunction with a timely appeal from a judgment that is directly appealable.  See OCGA § 5-6-35 (a) (10); *Cheeley-Towns v. Rapid Group*, 212 Ga. App. 183 (2) (441 SE2d 452) (1994).

Under the circumstances, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  *06/15/2017*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*